## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LAWRANCE MAHOMES**                                      **PLAINTIFF**
ADC #152147

**v.**                    **CASE NO. 4:25-CV-001276-BSM-PSH**

**DEXTER PAYNE,** *et al.*                              **DEFENDANTS**

### ORDER

After a *de novo* review, United States Magistrate Judge Patricia S. Harris's partial recommendation [Doc. No. 19] is adopted. Lawrance Mahomes's claims against Dexter Payne, Cory Evans, and D.W. Allison are dismissed without prejudice. The clerk is directed to update the case name to *Mahomes v. Budnik et al*.

IT IS SO ORDERED this 4th day of June, 2026.

UNITED STATES DISTRICT JUDGE