### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LAWRANCE D. MAHOMES**                                          **PLAINTIFF**
ADC #152147

**v.**                    **CASE NO. 4:25-CV-01276-BSM-PSH**

**CHRIS BUDNIK,** *et al.*                                       **DEFENDANTS**

### ORDER

After a *de novo* review, Magistrate Judge Patricia S. Harris's proposed findings and

recommendation [Doc. No. 23] is adopted.  Lawrance Mahomes's motion for a temporary

restraining order [Doc. No. 16] is denied.

IT IS SO ORDERED this 8th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE